**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter   **11**

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cypresswood TX Realty LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3020243** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1999 Flatbush Avenue**<br>**Brooklyn, NY 11234** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings** | **Location of principal assets, if different from principal place of business** |
| County | **10851 Crescent Moon Dr. Houston, TX 77064** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Cypresswood TX Realty LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

Debtor  **Cypresswood TX Realty LLC**                                    Case number (if known) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | | Relationship _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

.  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Cypresswood TX Realty LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 23, 2025**
MM / DD / YYYY

X **/s/ Samuel Goldner**                          **Samuel Goldner**
Signature of authorized representative of debtor         Printed name

Title    **Manager**

---

**18. Signature of attorney**

X **/s/ Avrum J. Rosen**                          Date    **July 23, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Avrum J. Rosen**
Printed name

**Rosen, Tsionis & Pizzo, PLLC**
Firm name

**38 New St**
**Huntington, NY 11743-3327**
Number, Street, City, State & ZIP Code

Contact phone    **631-423-8527**        Email address    **arosen@ajrlawny.com**

Bar number and State

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

| Debtor | **Cypresswood TX Realty LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

<br>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (*if known*) _____  Chapter __**11**__

☐ Check if this is an amended filing

<br>

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **GCM Manager LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | EDNY | When | **10/02/24** | Case number, if known | **24-73790-ast** |
| Debtor | **GCM PARKSIDE LLC** | | | Relationship to you | **Affiliate** |
| District | EDNY | When | **10/02/24** | Case number, if known | **24-73791-ast** |
| Debtor | **GCM UP LLC** | | | Relationship to you | **Affiliate** |
| District | EDNY | When | **10/02/24** | Case number, if known | **24-73792-ast** |
| Debtor | **GCM WASH LLC** | | | Relationship to you | **Affiliate** |
| District | EDNY | When | **10/02/24** | Case number, if known | **24-73793-ast** |
| Debtor | **Goldner Capital Management LLC** | | | Relationship to you | **Affiliate** |
| District | EDNY | When | **10/02/24** | Case number, if known | **23-73789-ast** |
| Debtor | **LHW MASTER TENANT LLC** | | | Relationship to you | **Affiliate** |
| District | EDNY | When | **10/02/24** | Case number, if known | **24-73794-ast** |
| Debtor | **Missouri MT Holdings LLC** | | | Relationship to you | **Affiliate** |
| District | EDNY | When | **10/02/24** | Case number, if known | **24-73795-ast** |
| Debtor | **Prest Properties LLC** | | | Relationship to you | **Affiliate** |
| District | EDNY | When | **3/24/25** | Case number, if known | **25-71125-ast** |
| Debtor | **WA3 Properties Renton LLC** | | | Relationship to you | **Affiliate** |
| District | EDNY | When | **3/24/25** | Case number, if known | **25-71121-ast** |
| Debtor | **WA3 Properties Talbot LLC** | | | Relationship to you | **Affiliate** |
| District | EDNY | When | **3/24/25** | Case number, if known | **25-71123-ast** |
| Debtor | **WA3 Properties Univ LLC** | | | Relationship to you | **Affiliate** |
| District | EDNY | When | **3/24/25** | Case number, if known | **25-71124-ast** |

**Fill in this information to identify the case:**

Debtor name    **Cypresswood TX Realty LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 23, 2025          X /s/ Samuel Goldner
                                        Signature of individual signing on behalf of debtor

                                        **Samuel Goldner**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cypresswood TX Realty LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Crescent Moon Dr Hlt LLC 10851 Crescent Moon Dr Houston, TX 77064** | | Litigation | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Internal Revenue Service Centralized Insolvency Op P.O. Box 7346 Philadelphia, PA 19101** | | Notice purposes only | | | | $0.00 |
| **Merchants Bank of Indiana 410 Monon Blvd Carmel, IN 46032** | | **10851 Crescent Moon Dr, Houston, Texas 77064 (202-bed skilled nursing facility)** | **Contingent Unliquidated Disputed** | **$9,539,121.00** | **$9,000,000.00** | **$539,121.00** |
| **NYS Dept of Tax & Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205** | | Notice purposes only | | | | $0.00 |
| **Texas Comptroller P.O. Box 13528 Capitol Station Austin, TX 78711** | | Notice purposes only | | | | $0.00 |
| **Vertical Health Services 15406 Meridian Ave E Ste 201 Puyallup, WA 98375** | | Litigation | Disputed | | | $0.00 |

**Fill in this information to identify the case:**

Debtor name **Cypresswood TX Realty LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................    $    **9,000,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...............................................................................................    $    **3,500,000.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................    $    **12,500,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **9,539,121.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **0.00**

4.    **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b    $    **9,539,121.00**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re    **Cypresswood TX Realty LLC** _____    Case No. _____

                                                    Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐    **FLAT FEE**

      For legal services, I have agreed to accept ......................................................    $    _____

      Prior to the filing of this statement I have received ...........................................    $    _____

      Balance Due ............................................................................    $    _____

■    **RETAINER**

      For legal services, I have agreed to accept and received a retainer of ..................    $            **20,000.00**

      The undersigned shall bill against the retainer at an hourly rate of ...................    $              **690.00**
      [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
      fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

         ☐ Debtor    ■ Other (specify):    **KFT Holdings LLC**

3.    The source of compensation to be paid to me is:

         ■ Debtor    ☐ Other (specify):

4.    ■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.    A
            copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      e.    [Other provisions as needed]
            **Negotiations with creditors; preparation and filing Chapter 11 plan; preparation and filing of applications as
            needed; and all other aspects of the Chapter 11 proceeding.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Cypresswood TX Realty LLC**             Case No. _____
                       Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 23, 2025** | **/s/ Avrum J. Rosen** |
| *Date* | **Avrum J. Rosen** |
| | *Signature of Attorney* |
| | **Rosen, Tsionis & Pizzo, PLLC** |
| | **38 New St** |
| | **Huntington, NY 11743-3327** |
| | **631-423-8527  Fax: 631-423-4536** |
| | **arosen@ajrlawny.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Eastern District of New York

In re    **Cypresswood TX Realty LLC**                Case No. _____

                                    Debtor(s)              Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cypresswood TX Realty Hld**<br>**1999 Flatbush Avenue**<br>**Brooklyn, NY 11234** | | | **100% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 23, 2025** _____          Signature    **/s/ Samuel Goldner** _____

                                                                     **Samuel Goldner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re    **Cypresswood TX Realty LLC** _____    Case No. _____

                                                  Debtor(s)    Chapter    **11** _____

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **July 23, 2025** _____      **/s/ Samuel Goldner** _____

                                                     **Samuel Goldner**/**Manager**
                                                     Signer/Title

Date:    **July 23, 2025** _____      **/s/ Avrum J. Rosen** _____

                                                     Signature of Attorney
                                                     **Avrum J. Rosen**
                                                     **Rosen, Tsionis & Pizzo, PLLC**
                                                     **38 New St**
                                                     **Huntington, NY 11743-3327**
                                                     **631-423-8527   Fax: 631-423-4536**

Barnes & Thornburg LLP
390 Madison Ave
12th Floor
New York, NY 10017


Crescent Moon Dr Hlt LLC
10851 Crescent Moon Dr
Houston, TX 77064


Dinsmore & Shohl LLP
100 W. Main Street
Suite 900
Lexington, KY 40507


Hicks Davis Wynn PC
3555 Timmons Lane
Ste 1000
Houston, TX 77027


Internal Revenue Service
Centralized Insolvency Op
P.O. Box 7346
Philadelphia, PA 19101


Lane Powell PC
1420 Fifth Avenue
Suite 4200
Seattle, WA 98101


McNaul Ebel Nawrot & Helg
600 University Street
Suite 2700
Seattle, WA 98101


Merchants Bank of Indiana
410 Monon Blvd
Carmel, IN 46032


NYS Dept of Tax & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205

Texas Comptroller
P.O. Box 13528
Capitol Station
Austin, TX 78711


Vertical Health Services
15406 Meridian Ave E
Ste 201
Puyallup, WA 98375

# United States Bankruptcy Court
## Eastern District of New York

In re  **Cypresswood TX Realty LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cypresswood TX Realty LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cypresswood TX Realty Hld
1999 Flatbush Avenue
Brooklyn, NY 11234**

☐ None [*Check if applicable*]

**July 23, 2025**

Date

**/s/ Avrum J. Rosen**

**Avrum J. Rosen**

Signature of Attorney or Litigant

Counsel for   **Cypresswood TX Realty LLC**

**Rosen, Tsionis & Pizzo, PLLC**

**38 New St
Huntington, NY 11743-3327
631-423-8527 Fax:631-423-4536
arosen@ajrlawny.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** **Cypresswood TX Realty LLC**             **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: **24-73790-ast**    JUDGE: **Hon. Alan S. Trust**    DISTRICT/DIVISION: **EDNY**

DEBTOR NAME: **GCM Manager LLC**

CASE STILL PENDING (Y/N):    **Y**        [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                               (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:    **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.: **24-73791-ast**    JUDGE: **Hon. Alan S. Trust**    DISTRICT/DIVISION: **EDNY**

DEBTOR NAME: **GCM PARKSIDE LLC**

CASE STILL PENDING (Y/N):    **Y**        [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
                               (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:    **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: **24-73792-ast**    JUDGE: **Hon. Alan S. Trust**    DISTRICT/DIVISION: **EDNY**

DEBTOR NAME: **GCM UP LLC**

CASE STILL PENDING (Y/N): **Y**            [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): __**Affiliate**_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

4. CASE NO.: **24-73793-ast**    JUDGE: **Hon. Alan S. Trust**    DISTRICT/DIVISION: **EDNY**

DEBTOR NAME: **GCM WASH LLC**

CASE STILL PENDING (Y/N): **Y**            [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): __**Affiliate**_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

5. CASE NO.: **23-73789-ast**    JUDGE: **Hon. Alan S. Trust**    DISTRICT/DIVISION: **EDNY**

DEBTOR NAME: **Goldner Capital Management LLC**

CASE STILL PENDING (Y/N): **Y**            [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): __**Affiliate**_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

6. CASE NO.: **24-73794-ast**    JUDGE: **Hon. Alan S. Trust**    DISTRICT/DIVISION: **EDNY**

DEBTOR NAME: **LHW MASTER TENANT LLC**

CASE STILL PENDING (Y/N): **Y**            [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): __**Affiliate**_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

DISCLOSURE OF RELATED CASES (cont'd)

7.  CASE NO.:  **24-73795-ast**    JUDGE:  **Hon. Alan S. Trust**    DISTRICT/DIVISION:  **EDNY**

DEBTOR NAME:  **Missouri MT Holdings LLC**

CASE STILL PENDING (Y/N):    **Y**                [*If closed*] Date of closing:

 CURRENT STATUS OF RELATED CASE: _____
                                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above)*:    **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:

8.  CASE NO.:  **25-71125-ast**    JUDGE:  **Hon. Alan S. Trust**    DISTRICT/DIVISION:  **EDNY**

DEBTOR NAME:  **Prest Properties LLC**

CASE STILL PENDING (Y/N):    **Y**                [*If closed*] Date of closing:

 CURRENT STATUS OF RELATED CASE: _____
                                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above)*:    **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:

9.  CASE NO.:  **25-71121-ast**    JUDGE:  **Hon. Alan S. Trust**    DISTRICT/DIVISION:  **EDNY**

DEBTOR NAME:  **WA3 Properties Renton LLC**

CASE STILL PENDING (Y/N):    **Y**                [*If closed*] Date of closing:

 CURRENT STATUS OF RELATED CASE: _____
                                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above)*:    **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:

10.  CASE NO.:  **25-71123-ast**    JUDGE:  **Hon. Alan S. Trust**    DISTRICT/DIVISION:  **EDNY**

DEBTOR NAME:  **WA3 Properties Talbot LLC**

CASE STILL PENDING (Y/N):    **Y**                [*If closed*] Date of closing:

 CURRENT STATUS OF RELATED CASE: _____
                                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above)*:    **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:

DISCLOSURE OF RELATED CASES (cont'd)

11.  CASE NO.:  **25-71124-ast**    JUDGE:  **Hon. Alan S. Trust**    DISTRICT/DIVISION:  **EDNY**

DEBTOR NAME:  **WA3 Properties Univ LLC**

CASE STILL PENDING (Y/N):    **Y**            [*If closed*] Date of closing:

 CURRENT STATUS OF RELATED CASE: _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):   __**Affiliate**_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):   __**Y**___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.


**/s/ Avrum J. Rosen**
_____
**Avrum J. Rosen**
Signature of Debtor's Attorney                                 _____
**Rosen, Tsionis & Pizzo, PLLC**                              Signature of Pro Se Debtor/Petitioner
**38 New St**
**Huntington, NY 11743-3327**
**631-423-8527 Fax:631-423-4536**                         _____
                                                               Signature of Pro Se Joint Debtor/Petitioner


                                                               _____
                                                               Mailing Address of Debtor/Petitioner


                                                               _____
                                                               City, State, Zip Code


                                                               _____
                                                               Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.